# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KIRKLIN THOMPSON**                                                                  **PLAINTIFF**

**v.**                          **CASE NO. 4:23-CV-01191-BSM**

**DEN-TEK, INC.**                                                                       **DEFENDANT**

## ORDER

    1. Den-Tek's motion to consolidate [Doc. No. 3] is granted because this case and *Kirklin Thompson v. Den-Tex Central, Inc.*, 4:23-cv-00291-BSM, involve Kirklin Thompson's allegations of employment discrimination against Den-Tek. *See* Fed. R. Civ. P. 42(a)(2). All future filings should be filed in *Thompson v. Den-Tek Central*, 4:23-cv-00291-BSM.

    2. Den-Tek's motion to compel arbitration and stay proceedings [Doc. No. 4] is granted because there is a valid arbitration agreement, and Thompson's claims fall within its terms. *See* Doc. No. 4-1; 9 U.S.C. § 3; *Robinson v. EOR-ARK, LLC*, 841 F.3d 781, 783–84 (8th Cir. 2016). Accordingly, this case is stayed pending the outcome of the arbitration proceedings.

    3. Sydney Rasch's amended motion to withdraw as counsel for Thompson [Doc. No. 6] is granted, and the motion to withdraw [Doc. No. 5] is denied as moot. Jonathan Martin remains as counsel for Thompson. The clerk is directed to send a copy of this order to Martin at jonathan.martin23@gmail.com and to Thompson at 9701 Chicot Road, Little Rock, AR 72209.

IT IS SO ORDERED this 1st day of May, 2024.

                                                            */s/ Brian S. Miller*
                                                 UNITED STATES DISTRICT JUDGE